# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MELVA ROGERS, Natural Parent of** ) <br> **DERAVIS CAINE ROGERS, Deceased** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **CITY OF ATLANTA, et al.** ) <br> ) <br>     **Defendant.** ) | **CIVIL ACTION** <br> **FILE NO.1:16-cv-2578** |

## ENTRY OF APPEARANCE

The undersigned, Mary A. Prebula hereby gives notice of her appearance and that of her firm, Prebula & Associates LLC as counsel of record for JAMES BURNS, Defendant in the above-referenced action.

This __12th__ day of August, 2016.

                                            /s/ Mary A. Prebula
                                      Mary A. Prebula
                                      Georgia Bar No. 586743
                                      PREBULA & ASSOCIATES LLC
                                      3483 Satellite Blvd., N.W.
                                      Suite 200 The Crescent Building
                                      Duluth, Georgia 30096
                                      (770) 495-9090
                                      (770) 497-2363 fax
                                      mprebula@prebulallc.com
                                      ATTORNEY FOR DEFENDANT

\\paatfs01\data\Documents\peterson\pleadings\2016 0620 entry of appearance.docx

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the Entry of Appearance with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Shean D. Williams, Esq.
Sam Starks, Esq.
THE COCHRAN FIRM ATLANTA
100 Peachtree Street NW
Suite 2600
Atlanta, GA 30303
SWilliams@cochranfirmatl.com

Tamara N. Baines, Esq.
Sr. Assistant City Attorney
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
tbainies@atlantaga.gov

This   12th   day of August, 2016.

                                                  /s/ Mary A. Prebula
                                             Mary A. Prebula
                                             Georgia Bar No. 586743
                                             PREBULA & ASSOCIATES LLC
                                             3483 Satellite Blvd., N.W.
                                             Suite 200 The Crescent Building
                                             Duluth, Georgia 30096
                                             (770) 495-9090
                                             (770) 497-2363 fax
                                             mprebula@prebulallc.com
                                             ATTORNEY FOR DEFENDANT