# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELVA ROGERS, Natural Parent of DERAVIS ROGERS, Deceased,     Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, a municipal corporation of the State of Georgia; and JAMES BURNS, individually and in his official capacity as a Police Officer of the City of Atlanta Police Department, <br><br>     Defendants. | CIVIL ACTION FILE <br> NO: 1:16-cv-02578-TCB |

## **RULE 5.4 CERTIFICATE**

COMES NOW counsel for Plaintiff Melva Rogers in the above-styled action and, pursuant to Local Rule 5.4, notifies the Court that Plaintiff served upon all interested parties a copy of the following discovery:

1. Plaintiff's Objections and Responses to Defendant City of Atlanta's First Interrogatories; and
2. Plaintiff's Objections and Responses to Defendant City of Atlanta's First Request for Production of Documents.

Defendant was served by depositing a true copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to insure delivery, addressed as follows:

Veronica Hoffler, Esq.
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520

This 20th day of February, 2017.

/s/ Shean D. Williams_____
Shean D. Williams, Esq.
Georgia State Bar No.: 764139
Samuel L. Starks, Esq.
Georgia State Bar No.: 676515
*Attorneys for Plaintiff*

THE COCHRAN FIRM – ATLANTA
The Equitable Building, Suite 2600
100 Peachtree Street, NW
Atlanta, Georgia 30303
Tel: 404-222-9922
Fax: 404-222-0170
Email: SWilliams@cochranfirmatl.com
          SStarks@cochranfirmatl.com