IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MELVA ROGERS, Natural Parent of** ) <br> **DERAVIS CAINE ROGERS, Deceased** ) <br> ) <br> **Plaintiff,** ) <br> ) **CIVIL ACTION** <br> **v.** ) **FILE NO.1:16-cv-2578** <br> ) <br> **CITY OF ATLANTA, et al.** ) <br> ) <br> **Defendant.** ) | |

### DEFENDANT BURNS' STATUS REPORT
### For February 1, 2018

Defendant, JAMES BURNS, submits his Status Report on the criminal proceedings in *The State of Georgia v. James Burns*, Fulton County Superior Court Case No. 16SC146204, as follows:

Several hearings have been held in this underlying case including the latest hearing on February 12, 2018. The Status Report was delayed so counsel could report on the hearing today. The Court orally ordered that Defendant Burns is entitled to a hearing pursuant to Kastigar v. U.S., 406 U.S. 441 (1972). The Court set another hearing for February 20, 2018, by which time the State of Georgia must decide whether to proceed with the Kastigar hearing.

Respectfully submitted this 12th day of February, 2018.

/s/     Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
3400 Peachtree Road NE
Suite 1250 Lenox Towers North
Atlanta, Georgia 30326
(770) 495-9090
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed **DEFENDANT BURNS' STATUS REPORT for February 12, 2018,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Shean D. Williams, Esquire | Robert N. Godfrey, Esq. |
| Samuel L. Starks, Esq. | Rita Cherry, Esq. |
| The Cochran Firm Atlanta | Stacy J. Miller, Esq. |
| The Equitable Building | City of Atlanta Law Department |
| 100 Peachtree Street, Ste. 2500 | 55 Trinity Avenue, Suite 5000 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30303-3520 |
| SWilliams@cochranfirmatl.com | law-rmcherry@AtlantaGa.gov |
| SStarks@cochranfirmatl.com | SJMiller@AtlantaGa.gov |
| | |
| | James E. Dearing, Jr. |
| | James E. Dearing, Jr., P.C. |
| | 730 Peachtree Street, N.E. – Suite 460 |
| | Atlanta, Georgia 30308 |
| | jdearing@jed-law.com |

This 12th day of February, 2018.

/s/ Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
Suite 1250 Lenox Towers North
Atlanta, Georgia 30326
(770) 495-9090 phone
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**

M:\Burns\Status Reports\2018 0201 Status Report.docx