IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELVA ROGERS, Natural Parent of )<br>DERAVIS CAINE ROGERS, Deceased )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ATLANTA, et al. )<br>)<br>Defendant. ) | CIVIL ACTION<br>FILE NO.1:16-cv-2578 |

### DEFENDANT BURNS' STATUS REPORT
### For April 1, 2018

Defendant, JAMES BURNS, submits his Status Report on the criminal proceedings in *The State of Georgia v. James Burns*, Fulton County Superior Court Case No. 16SC146204, as follows:

The Court orally ordered that Defendant Burns is entitled to a hearing pursuant to Kastigar v. U.S., 406 U.S. 441 (1972), which is now set for May 25, 2018.

Respectfully submitted this 2d day of April, 2018.

/s/   Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC

3400 Peachtree Road NE
Suite 1250 Lenox Towers North
Atlanta, Georgia 30326
(770) 495-9090
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **DEFENDANT BURNS' STATUS REPORT for April 1, 2018,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Shean D. Williams, Esquire
Samuel L. Starks, Esq.
The Cochran Firm Atlanta
The Equitable Building
100 Peachtree Street, Ste. 2500
Atlanta, Georgia 30303
SWilliams@cochranfirmatl.com
SStarks@cochranfirmatl.com

Robert N. Godfrey, Esq.
Rita Cherry, Esq.
Stacy J. Miller, Esq.
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
law-rmcherry@AtlantaGa.gov
SJMiller@AtlantaGa.gov

James E. Dearing, Jr.
James E. Dearing, Jr., P.C.
730 Peachtree Street, N.E. – Suite 460
Atlanta, Georgia 30308
jdearing@jed-law.com

This 2d day of April, 2018.

/s/ Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
Suite 1250 Lenox Towers North
Atlanta, Georgia 30326
(770) 495-9090 phone
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**
M:\Burns\Status Reports\2018 0401 Status Report.docx