## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Melva Rogers, Natural Parent of
Deravis Caine Rogers, Deceased,

                    Case No. 1:16-cv-02578

          Plaintiff,

                    Michael L. Brown
v.                    United States District Judge

City of Atlanta, et al.,

          Defendants.

_____/

## ORDER

As stated in the prior teleconferences with the parties, the Court **STAYS** this matter until the conclusion of the criminal proceedings against Defendant James Burns in the Superior Court of Fulton County, Georgia. Once the state criminal proceedings conclude, the Court will lift the stay to allow Plaintiff to depose Defendant Burns.

**SO ORDERED** this 3rd day of April, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE