**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Melva Rogers, Natural Parent of
Deravis Caine Rogers, Deceased,

Plaintiff,

v.

City of Atlanta, et al.,

Defendants.

______________________________/

Case No. 1:16-cv-02578

Michael L. Brown
United States District Judge

# ORDER

The Court stayed this case "until the conclusion of the criminal proceedings against Defendant James Burns in the Superior Court of Fulton County, Georgia." (Dkt. 181.) The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case during the stay.[1] The Court will reopen this matter once the stay is lifted.

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.

**SO ORDERED** this 20th day of November, 2019.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE