**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **MELVA ROGERS, and** | ) | |
| **DERAVIS THOMAS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | **FILE NO.1:16-cv-2578** |
| | ) | |
| **CITY OF ATLANTA, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PETITION FOR SUPPLEMENTAL LEAVE OF ABSENCE**

COMES NOW, Mary A. Prebula, Pursuant to Local Rule 83(E)(3), and respectfully applies to this Court for a leave of absence, on following dates for the following reasons:

> **July 8-July 22, 2020 (family medical)**
> **September 4-September 9, 2020**
> **November 26-27, 2020**
> **December 24-25, 2020**
> **December 28, 2020-January 29, 2021 (out of the country)**

1.

Ms. Prebula is the attorney of record for Defendant James Rolphe Burns in the above referenced case.

1

On the dates requested, Ms. Prebula and will be unavailable due to vacation and holidays, community, and bar matters, including out of state and out of country trips.

3.

Ms. Prebula has requested a leave of absence in each of her other cases pending before other courts.

4.

It is expected that the case as to Mr. Burns will continue to be stayed during this period pending resolution of the underlying criminal matter.

5.

Ms. Prebula respectfully requests that any and all court hearings or proceedings or trials involving Mr. Burns be stayed during Ms. Prebula's leave of absence.

WHEREFORE, Plaintiff prays the Court grants the requested leave of absence for the dates of July 8 through July 22, 2019, September 4 through September 9, 2020, November 26 and 27, 2020, December 24 and 25, 2020 and December 28, 2020 through January 29, 2021.

This 27th day of May, 2020.

/s/ Mary A. Prebula
MARY A. PREBULA
Georgia Bar No. 586743
Prebula & Associates LLC
3400 Peachtree Rd NE
Suite 1250, Lenox Towers North
Atlanta, GA  30326
(770) 495-9090 phone
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MELVA ROGERS, Natural Parent of** | ) |
| **DERAVIS CAINE ROGERS, Deceased** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    **CIVIL ACTION** |
| **vi.** | )    **FILE NO.1:16-cv-2578** |
| | ) |
| **CITY OF ATLANTA, et al.** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed **MARY A. PREBULA'S PETITION FOR LEAVE OF ABSENCE,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Omari J. Crawford (via email) | Alisha Marie Nair |
| ojcrawford@dekalbcountyga.gov | amnair@atlantaga.gov |
| Samuel L. Starks | Staci J. Miller |
| sstarks@cochranfirmatl.com | sjmiller@atlantaga.gov |
| Shean DeCarlos Williams | James E. Dearing, Jr. |
| SWilliams@cochranfirmatl.com | jdearing@jed-law.com |
| Mecca Shali Anderson | |
| manderson@cochranfirmatl.com | |
| Reginald  McClendon | |
| Reginald.mcc@gmail.com | |

This 27th day of May, 2020.

/s/ Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
Suite 1250 Lenox Towers North
Atlanta, Georgia 30326
(770) 495-9090 phone
(770) 497-2363 fax
mprebula@prebulallc.com
**Attorney for Defendant Burns**