Prebula & Associates LLC
ATTORNEYS AT LAW

March 26, 2021

The Honorable Michael L. Brown
United States District Court
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**Re: REQUEST FOR LEAVE OF ABSENCE**
**Rogers v. City of Atlanta, et al.**
**Civil Action File No.: 1:16-CV-2578**
**April 29-May 3, 2021**
**June 10-15, 2021**
**August 2-9, 2021**
**September 3-7, 2021**
**September 24-October 4, 2021**
**November 22-30, 2021**
**December 22, 2021-January 3, 2022**

Dear Judge Brown:

Pursuant to Local Rule 83(E)(4), this letter is to request leaves of absence for the above dates and ask that the above case not be scheduled for any hearings or other matters during that time. The purpose of the leave is travel, vacation and holidays, community, and bar matters, and previously scheduled family matters. I note the case is stayed pending resolution of the criminal matter, but request such leave out of an abundance of caution. By copy of this letter I am notifying opposing counsel of such request.

If anything further is required, please let me know.

Yours very truly,

Mary A. Prebula
PREBULA & ASSOCIATES LLC

MAP/

cc: Omari J. Crawford (via email)
ojcrawford@dekalbcountyga.gov
Samuel L. Starks
sstarks@cochranfirmatl.com
Shean DeCarlos Williams
SWilliams@cochranfirmatl.com
Mecca Shali Anderson
manderson@cochranfirmatl.com

Alisha Marie Nair
amnair@atlantaga.gov
Staci J. Miller
sjmiller@atlantaga.gov
James E. Dearing, Jr.
jdearing@jed-law.com
Reginald McClendon
Reginald.mcc@gmail.com

M:\FIRM2021\LOA2021\2021 0326 Burns.docx